ACCEPTED
01-15-00299-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 4:57:37 PM
CHRISTOPHER PRINE
CLERK

No.01-15-00299-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 4:57:37 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS**

**FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON**

RONALD WILLIAMS

Appellants (Plaintiff below)

v.

METRO TRANSIT AUTHORITY

Appellees (Defendant below)

**MOTION FOR EXTENTION OF TIME TO SUMBIT WRITTEN EVIDENCE OF**

**PAYMENT OR ARRANGMENTS TO PAY REPORTER'S FEE**

_____

COMES NOW, Appellant Ronald Williams, in the above-entitled and numbered cause, and files this Motion for an Extension of Time.  Last week, appellant contacted Ms. Addision, "reporter" via phone and email to pay or make arrangements to pay for the preparation of the record.  Counsel is awaiting notification from reporter regarding payment.

WHEREFORE, PREMISES CONSIDERED, appellant requests that this Honorable Court grant appellant additional time to pay or make arrangements to pay the reporter's fee.

1

Respectfully submitted,

THE LAW OFFICE OF TODD E. WEBB

By: /s/ Todd E. Webb

State Bar No. 24033317
3730 Kirby Suite 1200
Houston, Texas 77098
Telephone: 713-834-1147
Facsimile: 713-831-6899

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that on June 15 2015 I served a true and correct copy of the foregoing document on Defendant listed below by E-file:

Metropolitan Transit Authority of Harris County, Texas
1900 Main Street, 3rd Floor
Houston, Texas 77002
713.739.4699 fax
713.652.7951 telephone
hao.le@ridemetro.org

/s/ Todd E. Webb

2